UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CR-601036-RS

**UNITED STATES OF AMERICA**

v.

**PATRICK GALLAGHER, et al.**

      **Defendants.**

_____/

## UNITED STATES' NOTICE OF APPEARANCE

      Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

      Respectfully Submitted,

      JUAN ANTONIO GONZALEZ
      ACTING UNITED STATES
      ATTORNEY

      DANIEL KAHN
      ACTING CHIEF
      FRAUD SECTION

By:   /s/ D. Brittain Shaw
       D. Brittain Shaw
       Court ID No. A5502768
       Trial Attorney
       United States Department of Justice
       Criminal Division, Fraud Section
       1400 New York Ave., NW
       Washington, DC 20005
       Tel: (202) 616-2162
       Email: Brittain.Shaw@usdoj.gov

Dated: August 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2021, I electronically filed and served the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

/s/
D. Brittain Shaw
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section