**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 21-60103-CR-SMITH

**UNITED STATES OF AMERICA**

      Plaintiff,

vs.

**PATRICK GALLAGHER,
MICHAEL DION**

      Defendant(s),
_____/

**UNOPPPOSED JOINT MOTION FOR CONTINUANCE & EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Defendants, **PATRICK GALLAGHER** and **MICHAEL DION** (Collectively "Defendants") by and through their respective counsel, and pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and this Court's Order Setting Criminal Trial and Pretrial Schedule (DE 36), hereby respectfully move this Court for the entry of an Order continuing the trial date until May 2022 and for an additional sixty (60) days from the filing of this motion to file pre-trial motions, due to the following compelling circumstances:

Defendants are charged in a four-count indictment with Conspiracy to commit securities fraud (18 U.S.C. § 371); Securities fraud (15 U.S.C. § 78(j)& (ff); 17 Code of Federal Regulations, section 240.10b-5); Conspiracy to commit wire fraud (18 U.S.C. § 1349); Conspiracy to commit money laundering (18 U.S.C. §1956(h)). The calendar call in this matter is currently scheduled for January 25, 2022, with trial scheduled for January 21, 2022. The date for filing pre-trial motion is November 12, 2021 (DE 36).

The initial discovery response provided by the government consisted of approximately 750,000 pages of discovery. Counsel for Mr. Dion was appointed by the Court on August 2, 2021 (DE 25). Mr. Dion received the first discovery response of 750,000 pages on August 16, 2021 (DE 28). Thereafter, on November 2, 2021, the government provided a second discovery response consisting of an additional 500,000 pages of discovery bringing the total amount of discovery to 1.25 million pages. The sheer volume of discovery has overwhelmed both counsel for Gallagher and Dion. In addition, there are critical documents in the form of MLATS from foreign countries that are in foreign languages that have had to be translated. This process is underway. Also, on October 13, 2021, the government produced additional MLAT documents that are in Dutch which need to be translated. This process is also underway. All of the foregoing presents a daunting task for counsel to review and prepare for trial.

Moreover, the indictment charges a conspiracy to commit securities fraud occurring from 2009 to September 2013 and the indictment was filed on April 6, 2021. Counsel are in the process of drafting a motion to dismiss the indictment based on a violation of the statute of limitations. Some of the documents that are in need of translation are necessary to the drafting and filing of the motion to dismiss. As a result, an extension of time is needed to file pre-trial motions which includes utilizing the documents once translated to support the motion to dismiss. Counsel requests a 60 day extension for the filing a pre-trial motions.

In addition, Mr. Dion was released on bond to reside at the Drug Abuse Foundation drug program (DAF). Counsel for Dion had the first discovery response copied to a hard drive and delivered to Mr. Dion at DAF. However, counsel was notified

that Mr. Dion is not permitted to review the discovery at DAF because it requires the use of a computer which is not permitted. Counsel attempted to persuade the Director of DAF to allow the discovery review but to no avail. As a result, as of the filing of this motion, Mr. Dion has not been able to review the discovery and consult with counsel regarding the discovery. Counsel for Mr. Dion is in the process of having Mr. Dion transferred to a half-way house where he would be permitted to begin reviewing the discovery.

In addition, Mr. Gallagher has reviewed some of the original discovery, but he is also in a drug facility in Boston and it is difficult to have him review documents while he resides at this facility. Gallagher is currently on work release from the facility and Counsel has discussed this discovery issue with Gallagher and he will be able to begin reviewing discovery within the next few weeks.

Counsel has discussed these issues with the Assistant United States Attorneys assigned herein, Vasanth Sridharan and Brittain Shaw, and they join in the motion to continue both the trial date and the request for an extension for time to file pre-trial motions and they agree with the specific dates requested herein.

Defendants are requesting an additional sixty (60) days within which to file pre-trial motions and a trial date in May 2022.

This motion is not being filed for the purposes of delay. Rather, the motion is filed because of the enormous discovery in this matter, the need for the translation of foreign documents and the logistical hurdles of conveying 1.25 million pages of discovery to Mr. Gallagher and Mr. Dion and the time required for their review of same. Indeed, counsel

are diligently working on the case in an effort to provide effective assistance of counsel to the Mr. Gallagher and Mr. Dion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to the following: Assistant U.S. Attorney, Vasanth Sridharan & Brittain Shaw, this 12th day of November 2021.

/s/ Russell J. Williams
**RUSSELL J. WILLIAMS, ESQ.**
Williams, Hilal, Wigand, Grande PLLC
Attorney for Defendant
Trial lawyers Building
633 Southeast 3rd Avenue, Suite 301
Fort Lauderdale, FL 33301
Office: (954) 525-2889
Fax: (954) 764-7272
Florida Bar # 727751
Email: Russell@whwglaw.com

By: s/ Timothy Day
Assistant Federal Public Defender
Florida Bar No. 360325
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436
Email: Timothy_Day@fd.org